PAUL J. FISHMAN
United States Attorney
KAREN D. STRINGER
Assistant US Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2783
Fax. 973-297-2010
email: Karen.Stringer@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL GOLDEN and TRACY LOCKE,<br><br>*Plaintiffs,*<br>v.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY and CLARA WILLIAMS, in her capacity as Custodian of Records for the New Jersey Institute of Technology,<br><br>*Defendant/Third-Party Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Third-Party Defendant.* | HON. MADELINE COX ARLEO<br><br>*Civil Action No.* 15-cv-08559<br><br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the letter application of the

Government, and for good cause shown;

**IT IS** on this _____ day of _____, 201__

**ORDERED** that:

(1) The Government shall have until January 15, 2016 to answer, move or otherwise respond to the Third Party Complaint filed by New Jersey Institute of Technology and Clara Williams, in her official capacity as Custodian of Records for NJIT;

-1-

(2) All discovery shall be stayed pending resolution of the Government's motion to dismiss;

(3) The hearing scheduled in State Court for January 4, 2016 shall be dissolved and not proceed in federal court.

                                                                                                   _____
                                                                                                   United States District Court
                                                                                                   Leda Dunn Wettre