

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PAUL J. FISHMAN
UNITED STATES ATTORNEY

*Karen D. Stringer*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*karen.stringer@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2783*
*fax: (973) 297-2010*

December 17, 2015

**VIA ECF AND HAND DELIVERY**
The Honorable Leda Dunn Wettre
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:    *Golden, et al. v. New Jersey Institute of Technology, et al. v. Federal Bureau of Investigation*, 15-cv-08559

Dear Judge Wettre:

      The Government writes in response to Defendants/Third-Party Plaintiffs' December 17, 2015 letter opposing the Government's December 16, 2015 letter requesting a stay of discovery and to dissolve, to the extent necessary, the state court order scheduling a hearing for January 4, 2016. Defendants/Third-Party Plaintiffs contend that responses to their Requests for Admission are necessary so that they may "address any contemplated fee application by plaintiffs." This does not constitute a sufficient basis to deny the Government's request to stay discovery.

      At this time, not only is there no fee application by the Plaintiffs, the Government has informed the Court that it plans to file a motion to dismiss the Third-Party Complaint on the grounds that, among other things, the Court lacks jurisdiction over the claims therein against the FBI. Under these circumstances, there is good cause to stay discovery. Indeed, the requested discovery has no bearing on the Government's motion to dismiss; rather, it relates solely to a hypothetical or so-called "contemplated" application for fees by Plaintiffs. Accordingly, Defendants/Third-Party Plaintiffs will suffer no prejudice if a stay is ordered. On the other hand, the FBI will have to expend resources to respond to discovery when this Court may not even have jurisdiction over the claims Defendants raise in the Third-Party Complaint. And in the event FBI's motion to dismiss is denied, discovery can be renewed as appropriate. The balance of equities, accordingly, favors a stay of discovery.

      Finally, the Government contends that the Court can decide this issue without holding a conference on January 4, 2016.

                                                                        Respectfully submitted,

                                                                         PAUL J. FISHMAN
                                                                         United States Attorney

                                                              By:  /s/ Karen D. Stringer_____
                                                                         KAREN D. STRINGER
                                                                         Assistant United States Attorney

cc:     Katie Townsend, Esq. (via email and first class mail)
         Bruce Rosen, Esq. (via ECF and first class mail)
         Garry Potters, Esq. (via ECF and first class mail)
         Adam Marshall, Esq. (via email and first class mail)