UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL GOLDEN, et al.,<br><br>    Plaintiffs,<br>v.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY, et al.,<br><br>    Defendants. | Civil Action No.<br><br>2:15-cv-08559-MCA-LDW<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a telephone conference on December 18, 2015; and for good cause shown;

**IT IS** on this day, December 18, 2015:

**ORDERED**, that an in-person conference shall take place before the undersigned on **January 4, 2016 at 9:30am in Courtroom 4A**; and it is further

**ORDERED**, that responses to any pending discovery requests, if valid, are stayed pending the outcome of further discussions with the Court; and it is further

**ORDERED**, that the third party defendants shall have until **January 22, 2016** to respond to the Third Party Complaint.

/s/ Leda Dunn Wettre
Hon. Leda Dunn Wettre
United States Magistrate Judge