# MARC
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

## MCCUSKER · ANSELMI
## ROSEN · CARVELLI

210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Tel: 973.635.6300 · Fax: 973.635.6363
www.marc-law.com

BRUCE S. ROSEN
*Director*
Direct: 973.457.0123
Fax: 973.457.0276
brosen@marc-law.com

January 19, 2016

**VIA ECF**
The Honorable Leda Dunn Wettre
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Room 4015
Newark, New Jersey 07101

        **Re:**    *Golden, et al. v. New Jersey Institute of Technology, et al. v. Federal Bureau of Investigation (Case No. 15-CV-08559)*

Dear Judge Wettre:

        This office, along with The Reporters Committee for Freedom of the Press, represents Plaintiffs in the above-referenced matter. We write regarding the telephonic hearing currently scheduled in the above-referenced matter for 11:00am this Friday, January 22, 2016.

        KatieLynn Townsend, Esq. (admitted pro hac vice) will need to appear in person in another matter pending in Oklahoma state court the morning of January 22, 2016. Accordingly, plaintiffs respectfully request that the telephonic hearing in the above-referenced matter be moved to that afternoon so that Ms. Townsend may participate.

        Ms. Townsend has conferred with counsel for the New Jersey Institute of Technology ("NJIT") and the Federal Bureau of Investigation, which do not oppose this request. Counsel for NJIT, however, has informed her that he will not be available before 2:30pm. Accordingly, we ask that the telephonic hearing be reset for 2:30pm or later on January 22, 2016.

        Respectfully submitted,

        Bruce S. Rosen

BSR/ckc
cc: Gary Potters, Esq. (via email w/ enclosures)
    Scott D. Levin, Esq. (via email w/ enclosures)
    Karen D. Stringer, Esq. (via email w/ enclosures)

---