UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL GOLDEN and TRACY LOCKE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY and CLARA WILLIAMS, in her capacity as Custodian of Records for the New Jersey Institute of Technology,<br><br>    *Defendants/Third-Party Plaintiffs*,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    *Third-Party Defendant/ Third-Party Plaintiff*. | Civ Action No.<br>2:15-cv-08559-MCA-LDW<br><br>**[PROPOSED] ORDER** |

IT APPEARING THAT:

    1.    All parties have met and conferred and agree that all deadlines for the filing of any and all responsive pleadings or motions in connection with the Federal Bureau of Investigation's Counterclaim should be temporarily stayed; and

    2.    All parties have met and conferred and agree that all deadlines for the filing of any and all responsive pleadings or motions in connection with the New Jersey Institute of Technology's and Clara Williams' third-party complaint should be temporarily stayed; and

      3.      Upon consideration of the parties' Joint Status Report, and the entire record herein;

      IT IS THEREFORE on this _____ day of _____, 2016;

      ORDERED that the case will be STAYED as described in the parties' Joint Status Report; and it is further

      ORDERED that the parties shall file another status report by not later than June 15, 2016.

DATE: _____                    _____
                                                    LEDA D. WETTRE
                                                    UNITED STATES MAGISTRATE JUDGE