UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL GOLDEN and TRACY LOCKE, *Plaintiffs*, v. NEW JERSEY INSTITUTE OF TECHNOLOGY and CLARA WILLIAMS, in her capacity as Custodian of Records for the New Jersey Institute of Technology, *Defendants/Third-Party Plaintiffs*, v. FEDERAL BUREAU OF INVESTIGATION, *Third-Party Defendant/ Third-Party Plaintiff.* | Civ Action No. 2:15-cv-08559-MCA-LDW [PROPOSED] ORDER |

IT APPEARING THAT:

1. All parties have met and conferred and agree that all deadlines for the filing of any and all responsive pleadings or motions in connection with the Federal Bureau of Investigation's Counterclaim should be temporarily stayed; and

2. All parties have met and conferred and agree that all deadlines for the filing of any and all responsive pleadings or motions in connection with the New Jersey Institute of Technology's and Clara Williams' third-party complaint should be temporarily stayed; and

Case 2:15-cv-08559-MCA-LDW   Document 24-1   Filed 02/29/16   Page 2 of 2 PageID: 175

3. Upon consideration of the parties' Joint Status Report, and the entire record herein;

IT IS THEREFORE on this 7th day of March, 2016;

ORDERED that the case will be STAYED as described in the parties' Joint Status Report; and it is further

ORDERED that the parties shall file another status report by not later than June 15, 2016.

DATE: 3/7/16

_____
LEDA D. WETTRE
UNITED STATES MAGISTRATE JUDGE