# POTTERS & DELLA PIETRA LLP
### COUNSELORS AT LAW

GARY POTTERS *
CHRISTOPHER V. DELLA PIETRA ▲

JODI S. BRODSKY ▲
MICHELE L. DELUCA ✦
DREW D. KRAUSE ■
RICHARD J. SIMEONE, JR. ●

* MEMBER OF NJ BAR
▲ MEMBER OF NJ AND NY BARS
✦ MEMBER OF NJ AND TN BARS
■ MEMBER OF NJ AND PA BARS
● MEMBER OF NJ, NY, DC, AND MD BARS

100 PASSAIC AVENUE • FAIRFIELD, NJ 07004

TEL (973) 575-5240 • FAX (973) 575-4468

www.pdplawfirm.com

MAILING ADDRESS:
P.O. BOX 657
WEST CALDWELL, NJ 07007-0657

NEW YORK OFFICE:
546 FIFTH AVENUE
NEW YORK, NY 10036
(212) 355-8555

October 19, 2017

By eFile

Honorable Leda Dunne Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and
U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07102

      Re:    Golden, et al. v. New Jersey Institute of Technology, et al. v. FBI
               Civil Action No. 2:15-cv-8559
               PDP File No. 80321.50606

Dear Magistrate Wettre:

      Counsel for plaintiffs and NJIT have agreed on the following briefing schedule on plaintiffs' fee application. Plaintiffs' fee application will be filed and served on November 30. NJIT's opposition will be filed and served on December 22. Plaintiffs' reply will be filed and served on January 12.

      Following our most recent telephone conference with Your Honor, counsel for NJIT and the FBI have agreed to hold in abeyance motions related to the third-party action pending the disposition of plaintiffs' fee application. Plaintiffs' counsel does not object to this approach by NJIT and the FBI.

      Thank you.

Respectfully submitted,

POTTERS & DELL APIETRA LLP

Gary Potters

**So Ordered**
this 20th day of Octbe 2017
*/s/ Leda Wettre*
Leda D. Wettre, USMJ