UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL GOLDEN and TRACY LOCKE,<br><br>*Plaintiffs*,<br><br>v.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY and CLARA WILLIAMS, in her capacity as Custodian of Records for the New Jersey Institute of Technology,<br><br>*Defendants/Third-Party Plaintiffs/Third-Party Defendants*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Third-Party Defendant/ Third-Party Plaintiff*. | HON. MADELINE C. ARLEO<br><br>Civ Action No. 2:15-cv-08559-MCA-LDW<br><br>[PROPOSED] ORDER |

## **[PROPOSED] ORDER**

Upon consideration of the Motion for Attorneys' Fees filed by Plaintiffs Daniel Golden and Tracy Locke (collectively, "Plaintiffs"), the supporting brief, declarations, and exhibits thereto, and the oppositions or responses thereto, it is HEREBY ORDERED that:

1. Plaintiffs' Motion is GRANTED; and

1

2. Defendants/Third-Party Plaintiffs/Third-Party Defendants the New Jersey Institute of Technology and Clara Williams, in her capacity as Custodian of Records for the New Jersey Institute of Technology (collectively, "NJIT"), shall pay Plaintiffs $189,359 pursuant to Section 47:1A-6 of the New Jersey Open Public Records Act, N.J.S.A. 47:1A-1, *et seq.*

SO ORDERED, this \_\_\_\_ day of _____, 2018.

_____
LEDA D. WETTRE
UNITED STATES MAGISTRATE JUDGE