**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DANIEL GOLDEN, et al.,

    Plaintiff(s),

v.

NEW JERSEY INSTITUE OF TECHNOLOGY, et al.,

    Defendant(s).

Civil Action No: 15-8559(MCA)

**ORDER DISMISSING CASE**

It appearing that the above captioned action having been resolved and in light of the Court adopting the Report and Recommendation and that no further action is required on this matter;

**It is on this 14th day of September, 2018;**

**O R D E R E D** that the above captioned action be and is hereby dismissed and shall be CLOSED.

s/Madeline Cox Arleo
United States District Judge